TUTHILL et al. v. FORBES et al.   (No. 6322.)

(Supreme Court, Appellate Division, First Department.  October 30, 1914.)

COSTS (§ 131*)—ACTION IN FORMA PAUPERIS.

The mere fact that one of several plaintiffs is indigent does not justify an order permitting him to sue as a poor person.

[Ed. Note.—For other cases, see Costs, Cent. Dig. §§ 500–502; Dec. Dig. § 131.*]

Appeal from Special Term, New York County.

Action by Frank H. Tuthill and others against Margaret E. Forbes and others. From an order granting one plaintiff leave to sue as a poor person, defendants appeal. Order reversed, and motion denied.

See, also, 161 App. Div. 932, 146 N. Y. Supp. 1115.

Argued before INGRAHAM, P. J., and CLARKE, SCOTT, DOWLING, and HOTCHKISS, JJ.

W. L. Cannon, of New York City, for appellants.

E. P. Kilroe, of New York City, for respondent.

PER CURIAM. The mere fact that one of several plaintiffs is indigent is not sufficient to justify an order permitting him to sue as a poor person. The fact that the cause is not yet at issue seems to be due solely to the difficulty which the plaintiffs have found in drawing a complaint which is proof against demurrer.

Order reversed, with $10 costs and disbursements, and motion denied.